AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**
V.
CHRISTOPHER ANTHONY JOHNSON

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On April 1, 2006  in  Washington, D.C.  county, in the District of  Columbia  defendant(s) did, (Track Statutory Language of Offense)

did unlawfully, knowingly and intentionally rob the SunTrust Bank, 410 Rhode Island Avenue, N.E., in Washington, D.C., a federally insured institution, in that he, by force and violence and by intimidation, did take from the person or presence of another money, namely $500, belonging to, and in the care, custody, management and possession of, SunTrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

in violation of Title  18  United States Code, Section(s)  2113(a) .

I further state that I am  Daniel K. Bremer, Special Agent, Federal Bureau of Investigattion , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Jessie K. Liu  (202) 514-7549
Sworn to before me and subscribed in my presence,

Signature of Complainant
Daniel K. Bremer, Special Agent
Federal Bureau of Investigation

_____         at    Washington, D.C.
Date                                        City and State

_____         _____
Name & Title of Judicial Officer            Signature of Judicial Officer