UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT FOR CHRISTOPHER ANTHONY JOHNSON

I, Daniel K. Bremer, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter "affiant"), being duly sworn, depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation and have been so for approximately eight (8) months. I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since February 2006. Prior to becoming a Special Agent with the Federal Bureau of Investigation, I was employed for ten (10) years as a law enforcement officer with the Norfolk, Virginia Police Department. For seven (7) of those ten (10) years, I was a detective. I have participated in numerous criminal investigations and search warrants that have resulted in convictions.

2.     This affidavit is submitted in support of an arrest warrant for **CHRISTOPHER ANTHONY JOHNSON**, date of birth xx/xx/xxxx, PDID number xxx-xxx, for Bank Robbery, in violation of 18 U.S.C. § 2113(a).

3.     The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below.

4.     On Saturday, April 1, 2006, at approximately 9:50 am, a lone black male entered the SunTrust Bank, 410 Rhode Island Avenue, N.E., in Washington, D.C., a federally insured institution, and approached teller window #3. The man asked the teller for a withdrawal slip. The teller requested the man's Social Security number, which he provided, but the teller was unable to find any account associated with that number. The teller then asked the man for his driver's license. The man replied that his license was in his car and produced instead a work photo identification that gave his name as Christopher Johnson. The teller informed the man that he would need to show another form of identification, at which point he produced a Maryland commercial driver's license bearing the name Christopher Johnson. He then passed the teller a note that read, "Give me $500 or I'll shoot the lady next to me and give me my license back. Don't make any sudden moves." The teller gave the man $500 in $100 bills and his license. The man then left the bank with the money and entered a waiting taxicab.

5.     The man who robbed the bank was described as a black male in his mid-thirties, about 6'0"-6'2" tall, heavy build, weighing approximately 300 pounds, dark skin, goatee, and wearing a black T-shirt. Surveillance videotape of activity at teller window #3 taken at the time of the robbery also depicted a man matching this description. On April 5, 2006, at approximately 9:15 a.m., the teller was shown a nine-picture color photo array. All nine photographs depicted heavyset black males in their late twenties or thirties with short hair and a goatee or mustache. After viewing the array, the teller stated, "I see him right here, #6. I know that's him." The photograph in position #6 was a picture of **CHRISTOPHER ANTHONY JOHNSON**, date of birth xx/xx/xxxx, PDID number xxx-xxx.

6. Based on the foregoing, there is probable cause to believe that on or about April 1, 2006, **CHRISTOPHER ANTHONY JOHNSON** did unlawfully, knowingly and intentionally rob the SunTrust Bank, 410 Rhode Island Avenue, N.E., in Washington, D.C., a federally insured institution, in that he, by force and violence and by intimidation, did take from the person or presence of another money, namely $500, belonging to, and in the care, custody, management and possession of, SunTrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

                                                _____
                                                Daniel K. Bremer, Special Agent
                                                Federal Bureau of Investigation

Sworn and subscribed to before me this sixth day of April, 2006.

                                                _____
                                                The Honorable Deborah A. Robinson
                                                United States Magistrate Judge