UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-164 M (AK) |
| : | |
| CHRISTOPHER A. JOHNSON, : | |
| : | |
| Defendant. : | |

### UNOPPOSED MOTION FOR TRANSFER OF DEFENDANT TO THE CORRECTIONAL TREATMENT FACILITY

Defendant, Christopher A. Johnson, through undersigned counsel, respectfully moves this Court for an order transferring him to the Correctional Treatment Facility. As grounds for this motion, Mr. Johnson states:

On May 9, 2006, Mr. Johnson appeared before this Court for a consolidated preliminary hearing and detention hearing. Probable cause was found by this Court, as charged by criminal complaint with Bank Robbery, in violation of 18 U.S.C. § 2113(a). Further, this Court has determined that Mr. Johnson shall be held without bond in this case on the basis of danger to the community. After this determination was made undersigned counsel proffered at the bench medical issues that Mr. Johnson has subsequently encountered while incarcerated that require immediate attention. In light of these issues, in addition to the oral request made on Mr. Johnson's behalf after the detention hearing in this matter, Mr. Johnson respectfully requests that he be transferred to the Correctional Treatment Facility. Government counsel has no opposition to this request.

Wherefore, defendant Christopher Johnson requests this Court to order his transfer.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Danielle C. Jahn
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500