# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
    :
     v.     :     **Crim. No.  06-164 M (AK)**
    :
CHRISTOPHER A. JOHNSON,     :
    :
    Defendant.     :

## ORDER

Upon motion of Defendant Christopher Johnson, it is hereby ORDERED that

1.  Defendant Johnson should be transported to the Correction Treatment Facility;

2.  Defendant should not be placed in protective custody, administrative segregation, nor

any other segregation; and

3.  Defendant should be placed in general population and held there until his case is

completed.

4.  Defendant Johnson's D.C.D.C. number is 283385 and his date of birth is 8/23/63.

SO ORDERED this _____ day of _____, 2006.


_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE


Copies to:
Jessie Liu, AUSA
Dani Jahn, AFPD
U.S. Marshal