UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Crim. No. 06-164 M (AK)
:
CHRISTOPHER A. JOHNSON, :
: **FILED**
Defendant. :
: MAY 1 2 2006

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon motion of Defendant Christopher Johnson, it is hereby ORDERED that

1. Defendant Johnson should be transported to the Correction Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant Johnson's D.C.D.C. number is ▓▓▓▓ his date of birth is ▓▓▓▓

SO ORDERED this ___12th___ day of ___May___, 2006.

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Jessie Liu, AUSA
Dani Jahn, AFPD
U.S. Marshal

